# EXHIBIT A



May 20, 2018

To: Terry Henning
From: Mark Vinnels – Executive Director of Engineering & Programs

Hi Terry

Following our meeting last week, I have great pleasure in sending this proposal for how we could work together.

1.  *Title; Role*: Technical Advisor – Body Stamping and Manufacturing – This would be on a temporary contract working within the manufacturing team. In this role, you will be responsible for the development of Rivian's stamping processes and capability. This will involve ensuring our die and stamping tooling specifications are comprehensive and appropriate for our facility and future model plans. Detailing an operating plan for the press shop. Supporting the sourcing of our stamping tooling and then troubleshooting any issues.

2.  *Target Start Date*: May 28th, 2019

3.  *Location*: You will be based in Rivian's Plymouth, Michigan facility and our manufacturing plant in Normal, Illinois.

4.  *Target Duration*: It is anticipated that your period with Rivian should extend to start of production at the end of 2020. To ensure we are both happy with the terms of the contract it is suggested that we review after 6 months.

5.  *Compensation*: Your compensation will be $1,750 per day based on a nine-hour daily work schedule – it is anticipated that you will work at least 3 days per week.

6.  *Stock Option Program*: Reflecting your significant experience, Rivian will extend a stock option award only usually offered to permanent employees. Pending approval by the Board of Directors, you will receive an option to purchase shares of Rivian common stock. 200 shares in such option grant will vest at the end of each three-month period during your contract, provided that you work 35 full days during that period.

7.  *Independent Contractor*: All of the terms of your engagement (as described above, including the finalized start date and duration) will be set forth in Rivian's standard form of independent contractor agreement to be signed by you and Rivian before your start date.

If you have any questions at all regarding this proposal, please let me know. I look forward to working with you in the future!

Acceptance:


_____
Signature                              Date